NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EQUILON ENTERPRISES LLC, a Delaware Corporation, d/b/a SHELL OIL PRODUCTS US,<br><br>Plaintiff,<br><br>v.<br><br>MEHDI SHAHBAZI, et al.,<br><br>Defendants. | Case Number C 05-5102 JF<br><br>ORDER[1] GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME<br><br>[re: docket no. 59] |

Defendant Mehdi Shahbazi ("Shahbazi"), proceeding *pro se*, moves for an extension of time to respond to Plaintiff Equilon Enterprises LLC's ("Equilon") motion for leave to file a first amended complaint and motion for a preliminary injunction, both scheduled for hearing on August 11, 2006. Equilon opposes the motion. The Court has considered this matter without oral argument, pursuant to Civil Local Rule 7-1(b).

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-5102 JF
ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
(JFLC1)

Dockets.Justia.com

1    Equilon's additional evidence and arguments do not persuade the Court that Equilon
2 would suffer irreparable injury if the motions were continued for several weeks.  Moreover, the
3 recent developments, including Shabazi's continued protests, do not address this Court's
4 previous determination serious questions on the merits remain as to whether provisions in both
5 the Marina RSA and the Marina lease were both reasonable and of material importance to the
6 franchise relationship.  Accordingly, considering that Shahbazi is proceeding *pro se*, the Court, in
7 its discretion, will grant Shahbazi's motion for an extension of time.  The Court will reschedule
8 the hearing date for Equilon's motions to September 15, 2006 at 9:00 a.m.  Shahbazi may file
9 opposition to Equilon's motions not later than September 1, 2006, and Equilon may reply not
10 later than September 8, 2006.[2]

11    IT IS SO ORDERED.

14 DATED:  July 27, 2006

_____
JEREMY FOGEL
United States District Judge

---

[2] Additionally, as Equilon requested, the Court clarifies that Shahbazi's deadline to respond is not depending on Equilon providing Shahbazi with any transcripts.

2

Case No. C 05-5102 JF
ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
(JFLC1)

1 | This Order has been served upon the following persons:

2 | Kristen A. Palumbo         kristen.palumbo@bingham.com

3 | James Severson             james.severson@bingham.com

4 | Colin C. West              colin.west@bingham.com

5 | Mehdi Shahbazi
6 | 3030 Del Monte Blvd.
    Marina, Ca 93933

7 | Balwinder Singh
    3030 Del Monte Blvd.
8 | Marina, Ca 93933

9 | Colin C. West, James Severson & Kristen A. Palumbo
    Bingham McCutchen LLP
10 | Three Embarcadero Center, Suite 1800
    San Francisco, CA 94111

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 05-5102 JF
ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
(JFLC1)