\*\*E-filed 2/27/07\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EQUILON ENTERPRISES LLC, a Delaware Corporation, d/b/a SHELL OIL PRODUCTS US,<br><br>Plaintiff,<br><br>v.<br><br>MEHDI SHAHBAZI, et al.,<br><br>Defendants. | Case Number C 05-05102 JF<br><br>ORDER[1] REQUESTING ADDITIONAL INFORMATION RE DISCOVERY<br><br>[re. docket nos. 100, 102, 115] |

On January 26, 2007, Plaintiff Equilon Enterprises, LLC ("Equilon") filed two motions for partial summary judgment as to counts I, II, and VII of the first amended complaint and to counts III, IV, V, and VI of the first amended complaint and Shahbazi's counterclaims and affirmative defenses. On February 12, 2007, Defendant Mehdi Shahbazi ("Shahbazi") moved for an extension of time to oppose the motion.[2] See Fed. R. Civ. Proc. 56(f). Shahbazi seeks an extension of ninety days. Equilon opposes the motion for an extension. Oral argument on the

---

[1] This disposition is not designated for publication and may not be cited.

[2] The deadline for a motion under Rule 56(f) was Friday, Feb. 9. Shahbazi submitted the motion three days late.

motions for partial summary judgment currently is scheduled for March 2, 2007.

Shahbazi seeks an extension on the basis that additional time for discovery is necessary in order for him to oppose the pending motions. Shahbazi also notes that he is attempting to obtain legal assistance from "some of the well-known law-firm [sic] in the country." Motion 2. Shahbazi asserts that he needs more information about the people who filed declarations in support of Equilon's motions. In particular, Shahbazi states that he hopes to obtain additional information concerning conversations held between Pannu, Castelo and Kassebaum regarding alleged deals that allegedly benefitted Mr. Pannu at the expense of Shahbazi. However, Shahbazi is not specific regarding the facts he hopes to uncover or the discovery mechanism he would use were an extension to be granted.

As the Court specifically instructed Shahbazi at the January 26, 2007 case management conference, a Rule 56(f) motion requires an affidavit outlining the specific facts that Shahbazi hopes to obtain through discovery. A party seeking relief under Rule 56(f) must show (1) that he has set forth in affidavit form the specific facts he hopes to elicit from further discovery, (2) that the facts sought exist, and (3) that these sought-after facts are "essential" to resist the summary judgment motion. *California ex rel. Cal. Dep't of Toxic Substances Control v. Campbell*, 138 F.3d 772, 779 (9th Cir. 1998). Shahbazi's current motion, while more specific than others Shahbazi has made in the past, is still deficient. Accordingly, Shahbazi shall provide the Court with the information required by Rule 56(f) on or before March 13, 2007. The Court will reschedule oral argument for the motions for partial summary judgment once it has received the information it requests from Shahbazi. The hearing scheduled for March 2, 2007 is vacated. The timing of the new hearing date will depend upon the adequacy of Shahbazi's response to this order.

IT IS SO ORDERED.

DATED: February 27, 2007

JEREMY FOGEL
United States District Judge

2

Case No. C 05-05102 JF
ORDER REQUESTING ADDITIONAL INFORMATION RE DISCOVERY
(JFEX1)

1  This Order has been served upon the following persons:

2

3  Gary Ernest Gray            mail@graybattey.com
   Rosanne L. Mah              rosanne.mah@bingham.com
4  James Severson              james.severson@bingham.com
5  Colin C. West               colin.west@bingham.com

6
   Mehdi Shahbazi
7  3030 Del Monte Blvd.
   Marina, CA 93933
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-05102 JF
ORDER REQUESTING ADDITIONAL INFORMATION RE DISCOVERY
(JFEX1)